# IN THE SUPREME COURT OF THE STATE OF NEVADA

GLORIA C. YASOL,
                Appellant,

vs.

DONNA GREENHILL; AND LYLE M.
GREENHILL,
                Respondents.

No. 73930

**FILED**

OCT 30 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order awarding damages against appellant in a property dispute. Eighth Judicial District Court, Clark County; Joseph Hardy, Jr., Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals jurisdictional defects. Specifically, appellant fails to identify an appealable order. Appellant refers in the notice of appeal to an order entered August 29, 2017. The only order entered on or about August 29, 2017, is a stipulation and order entered August 28, 2017, to continue a hearing on punitive damages and is not substantively appealable. *See* NRAP 3A(b); *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984).

To the extent appellant proposes to appeal from the July 31, 2017, findings of fact, conclusions of law, and judgment resolving the claims and counterclaims between the parties, it appears that the notice of appeal is premature because it was filed before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987). The order entered July 31, 2017, resolving the claims and counterclaims of the parties, leaves open

the issue of punitive damages for further proceedings and is therefore not final. *See Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000) (defining a final judgment as one that disposes of all issues presented and leaves nothing for the court's future consideration except for post-judgment issues such as attorney fees and costs). It appears from the district court docket entries that the district court, on October 9, 2017, addressed punitive damages and claims for fees and costs by minute order. *See Rust*, 103 Nev. at 689, 747 P.2d at 1382 ("The district court's oral pronouncement from the bench, the clerk's minute order, and even an unfiled written order are ineffective for any purpose."). Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Hon. Joseph Hardy, Jr., District Judge
      Gloria C. Yasol
      Law Offices of Michael F. Bohn, Ltd.
      Eighth District Court Clerk